**Marty R. FERGUSON, Plaintiff—Appellant,**

v.

**CONSTELLATION ENERGY GROUP, INC.; Associated Builders and Contractors Incorporated and Affiliates; State of Maryland; Frank A. Cahn and Associates; BGE Home Products and Services; Bryant Ferguson; Willie May Ferguson; Labor Ready, Defendants—Appellees.**

No. 08–2327.

United States Court of Appeals, Fourth Circuit.

Submitted: April 8, 2009.

Decided: April 20, 2009.

Marty R. Ferguson, Appellant Pro Se. Barbara A. Gaughan, Constellation Energy Group, Baltimore, Maryland; Robert M. Gittins, William John Hickey, Rockville, Maryland; Charles J. Butler, Office of the Attorney General Of Maryland, Baltimore, Maryland; Frank B. Cahn, III, Law Office of Frank B. Cahn, Baltimore, Maryland, for Appellees.

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marty R. Ferguson appeals the district court's orders denying his motion for appointment of counsel and dismissing his civil complaint as frivolous and for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ferguson v. Constellation Energy Group, Inc.,* No. 1:08–cv–00274–RDB (D. Md. Nov. 12, 2008; Nov. 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*